# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

STRANGE, et al.

_____
Plaintiff(s)

vs.                                                                 Civil Action No.: 1:14-cv-00435

ISLAMIC REPUBLIC OF IRAN, et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

See list of names and addresses of Defendants in Attachment A, which is hereby incorporated by reference.

by: (check one)
- ☐ UPS
- ☐ FedEx
- ☐ registered mail, return receipt requested
- ☑ DHL

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Iran and Afghanistan (See Attachment B for further explanation)_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
s/ Larry Klayman
(Signature)

Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
(Name and Address)

# ATTACHMENT A

## Names and Addresses of Defendants

THE ISLAMIC REPUBLIC OF IRAN,
Interest Section
2209 Wisconsin Avenue, N.W.
Washington, D.C. 20007

and

MAHMOUD AHMADINEJAD,
Former President of Iran
Tehran, Iran 13168-43311

and

AYATOLLAH SAYYID ALI HOSEYNI KHAMENEI,
The Supreme Leader of Iran
Interest Section
2209 Wisconsin Avenue, N.W.
Washington, D.C. 20007

and

ARMY OF THE GUARDIANS OF THE
ISLAMIC REVOLUTION,
Interest Section
2209 Wisconsin Avenue, N.W.
Washington, D.C. 20007

and

HAMID KARZAI,
c/o The Embassy of the Islamic Republic of Afghanistan
2233 Wisconsin Avenue N.W.
Suite 216
Washington, D.C. 20007

and

AFGHAN OPERATIONAL COORDINATION GROUP,
Afghanistan,

and

KHASA AMALYATI QETA/QETA-E-KHAS-E-AMALYATI, the AFGHAN SPECIAL OPERATIONS UNIT,
Afghanistan,

and

AFGHAN NATIONAL SECURITY FORCES,
Afghanistan,

and

THE ISLAMIC REPUBLIC OF AFGHANISTAN,
c/o The Embassy of the Islamic Republic of Afghanistan
2233 Wisconsin Avenue N.W.
Suite 216
Washington, D.C. 20007

and

THE TALIBAN,
Kandahar, Afghanistan,

and

AL QAEDA, a/k/a ISLAMIC ARMY,
Afghanistan,

## ATTACHMENT B

### Contacting the Overseas Citizens Services, U.S. Department of State

      I certify that my office contacted the Overseas Citizens Services, U.S. Department of State, regarding service of process on Iran and Afghanistan, namely to determine that this method of service is authorized by the domestic laws of these two countries. My office was advised that there was no protocol for Iran or Afghanistan. No phone number to the legal department was permitted to be given to my office for the purposes of determining whether service was authorized. With regard to Iran, the Government has no relations with the United States because it is a designated terrorist State.