

United States Department of State

*Washington, D.C.   20520*

February 6, 2018

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Strange, et al. v. Islamic Republic of Iran, et al., 1:14-cv-00435**

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a Summons, Complaint, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1128-IE, dated December 28, 2017 and delivered on January 2, 2018. A certified copy of the diplomatic note is enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

**RECEIVED**

FEB - 7 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Cc:   Larry Klayman
      2020 Pennsylvania Ave. NW, Suite 345
      Washington, DC 20006