IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRANGE, *et. al* <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al* <br><br> Defendants. | Civil Action No. 1:14-cv-00435 |

## STATUS REPORT AND MOTION FOR STAY

By newly-entered counsel Jonathon A. Moseley, Plaintiffs, Charles and Mary Ann Strange, Douglas and Shaune Hamburger, and Phouthasith Douangdara, and on behalf of themselves and their sons and stepsons, ("decedents"), hereby respectfully offer this status report pursuant to the Order of the Court issued on August 13, 2020 [Docket No. 132-1].

Plaintiffs, by counsel, move this Court to stay the case during the relatively brief period that attorney Larry Klayman ("Mr. Klayman") is unavailable as suspended, which will be less than two months from now as Mr. Klayman filed his Affidavit of Compliance on August 12, 2020. His suspension runs 90 days from August 12, 2020 at which point he can be reinstated.

Mr. Klayman is the attorney most familiar with this case and its progress. There is a deep record in this case and the clients want Mr. Klayman to handle these matters as their counsel. There will be no prejudice from a brief stay as the case is nearly seven years old and all Defendants who were served flouted American law and refused to respond. All Defendants who were served are in default.

2

Dated: September 15, 2020                            Respectfully submitted,

*[signature: Jonathon Moseley]*

Jonathon A. Moseley, Esq.
VSB # 41058;  Bar No. VA005
3823 Wagon Wheel Lane
Woodbridge, Virginia 22192
Telephone: (703) 656-1230
Email:  Contact@JonMoseley.com
Facsimile:  (202) 379-9289

Attorney for Plaintiffs, on behalf of
themselves and Plaintiffs' decedents.