IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STRANGE, *et. al* <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al* <br><br> Defendants. | Civil Action No. 1:14-cv-00435 |

## PLAINTIFFS' STATUS REPORT

Plaintiffs, by and through undersigned counsel, hereby respectfully submit the following in response to this Court's Order of September 16, 2020:

Plaintiffs' prior counsel's ninety-day (90) suspension has concluded and he has applied for expedited reinstatement as he fulfilled the one condition for reinstatement, which was to take a course on conflicts of interest.

Plaintiffs intend to prosecute this case to the full extent of the law and will advise the Court when reinstatement occurs.

Dated: November 24, 2020                                     Respectfully submitted,

Jonathon A. Moseley, Esq.
VSB # 41058;  Bar No. VA005
*Mailing Address Only:*
3823 Wagon Wheel Lane
Woodbridge, Virginia 22192
Telephone: (703) 656-1230
Facsimile:  (202) 379-9289

Email:  Contact@JonMoseley.com

Attorney for Plaintiffs, on behalf of
themselves and Plaintiffs' decedents.