IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STRANGE, *et. al*

                Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, *et. al*         **Civil Action No. 1:14-cv-00435**

                Defendants.

## PLAINTIFFS' MOTION FOR THIS COURT TO TAKE JUDICIAL NOTICE OF DOCUMENTS AND FACTS AS EVIDENCE IN THIS CASE

Pursuant to Federal Rule of Evidence 201(b) and the authorities cited below, Plaintiffs, Charles and Mary Ann Strange, Douglas and Shaune Hamburger, and Phouthasith Douangdara, respectfully request that this Court take judicial notice of each of certain facts and matters established by reliable information not reasonably in dispute in connection with Defendant the Islamic Republic of Iran's ("Defendant Iran"), Defendant the Taliban's ("Defendant Taliban") and Defendant Al-Qaeda's ("Defendant Al-Qaeda") impending trial on liability for the terror attack and killing of Plaintiffs' sons.

For their grounds the Plaintiffs, by counsel, file their companion Memorandum of Law filed contemporaneously.

**ORAL ARGUMENT IS REQUESTED**

Counsel requests oral argument to the extent that the Court agrees that discussion of these matters may benefit the Court's consideration.

November 15, 2021                RESPECTFULLY SUBMITTED,
                                              CHARLES AND MARY ANN STRANGE ON
                                              BEHALF OF MICHAEL STRANGE, their son and

stepson, and DOUGLAS AND SHAUNE HAMBURGER ON BEHALF OF PATRICK HAMBURGER, their son and stepson, and PHOUTHASITH DOUANGDARA ON BEHALF OF JOHN DOUANGDARA, his son,

BY JONATHON MOSELEY, ESQ.
*Mailing Address Only:*
   5765-F Burke Centre Parkway, PMB #337
   Burke, Virginia 22015
   Telephone: (703) 656-1230   Fax: (703) 997-0937
   Email:  Contact@Jonmoseley.com

CERTIFICATE OF SERVICE

I hereby certify that on this day of November 15, 2021, a copy of the foregoing was filed and served using the ECF system.

_____
Jonathon A. Moseley (VSB No. 41058)

2