**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CHARLES STRANGE, et al.,

        Plaintiffs,

v.                                                                      Civil Action No. 1:14-cv-00435 (CKK)

ISLAMIC REPUBLIC OF IRAN, et al.,

        Defendants.

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel for Plaintiffs Douglas Hamburger and Shaune Hamburger, on behalf of themselves and their son and stepson, Patrick Hamburger, deceased, in the above-captioned action.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and is authorized to practice before this Court.

All future pleadings, notices, orders, and other papers in this action should be served upon the undersigned at the address set forth below.

Dated: March 18, 2026

Respectfully submitted,
/s/ John M. Pierce
**John M. Pierce, Esq.**
John Pierce Law, P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Telephone: (321) 292-2366
Email: jpierce@johnpiercelaw.com

*Counsel for Plaintiffs Douglas and
Shaune Hamburger*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2026, a true and correct copy of the foregoing Notice of Appearance was filed via the Court's CM/ECF system, which will send a notification of such filing to all counsel and parties of record.

/s/ John M. Pierce
John M. Pierce, Esq.