**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

CHARLES STRANGE, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants.

Civil Action No. 14-435 (CKK)

---

**ORDER**
(May 13, 2026)

As the Court detailed in its December 2, 2025, [164] Order, this matter has been in front of the Court for nearly twelve years and has been stayed multiple times to accommodate Attorney Larry Klayman's suspensions from the District of Columbia Bar. In that same Order, the Court directed current stand-in counsel for Mr. Klayman, Attorney Stephen Sulzer, to confer with Plaintiffs regarding Mr. Klayman's suspensions and to report back to the Court whether Plaintiffs intend to continue pursuing this matter with Mr. Klayman as their counsel.

Mr. Sulzer reported back to the Court through a sworn declaration filed on February 2, 2026. *See* Sulzer Decl., Dkt. No. 166. Regarding Plaintiffs Douglas and Shaune Hamburger, Mr. Sulzer reported that they intend to continue pursuing this matter with Mr. Klayman representing them and have also added Attorney John Pierce as additional counsel. *Id.* Regarding Plaintiffs MaryAnn Strange and Sith Douangdara, Mr. Sulzer reported that they told him they needed more time to decide whether they intend to continue pursuing this case solely through Mr. Klayman. *Id.* Mr. Sulzer also reported that Plaintiffs MaryAnn Strange and Sith Douangdara have new addresses and that he was only able to get into contact with them "[a]fter numerous efforts to obtain current contact information." *Id.*

1

Mr. Pierce noticed his appearance on behalf of Plaintiffs Douglas and Shaune Hamburger on March 18, 2026. *See* Notice, Dkt. No. 167. He has not yet indicated how he and his clients intend to proceed in this matter. Mr. Sulzer, on the other hand, has not provided any additional updates on how Plaintiffs MaryAnn Strange and Sith Douangdara intend to proceed in this matter, nor has he provided the Court with updated address information for these Plaintiffs.

Accordingly, to promote the orderly and efficient resolution of this matter, it is hereby:

**ORDERED** that Mr. Sulzer shall file, under seal, the current address information for all Plaintiffs in this action by **no later than May 27, 2026**; it is further

**ORDERED** that Mr. Sulzer shall coordinate the delivery of a copy of this Order to each individual Plaintiff and Mr. Klayman via First Class Mail and submit confirmation of this delivery to the Court by **no later than May 27, 2026**; it is further

**ORDERED** that Mr. Sulzer shall confer with Plaintiffs MaryAnn Strange and Sith Douangdara regarding whether they intend to continue pursuing this matter solely through Mr. Klayman and submit a sworn declaration to the Court indicating both Plaintiffs' responses by **no later than August 12, 2026**; it is further

**ORDERED** that Mr. Pierce shall file a status report indicating how he and his clients intend to proceed in this matter by **no later than June 30, 2026**.

**SO ORDERED.**

**Dated:** May 13, 2026

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　United States District Judge